TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Deputy Section Chief
ANTHONY D. ORTIZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 307-1147; Fax | (202) 305-0275
E-mail: Anthony.D.Ortiz@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 2:23-cv-00002-BMM |
| Plaintiffs, | |
| v. | DEFENDANTS' NOTICE OF LODGING THE ADMINISTRATIVE RECORD |
| DEBRA A. HAALAND, in her official capacity as Secretary, U.S. Department of the Interior, et al., | |
| Defendants. | |

Pursuant to the Court's May 10, 2023, Order (ECF No. 8), Defendants hereby provide notice of the lodging of the certified Administrative Record for the above-captioned case. Two copies of the administrative record on thumb drives were sent via Federal Express to the Clerk's Office on August 4, 2023. Plaintiffs were sent the administrative record electronically via the ShareFile service that same date. The administrative record certification and index are attached to this notice as exhibits.

Respectfully submitted on this 4th day of August 2023.

>TODD KIM
>Assistant Attorney General
>S. JAY GOVINDAN, Section Chief
>MEREDITH L. FLAX, Deputy Section Chief
>
>*/s/ Anthony D. Ortiz*
>ANTHONY D. ORTIZ
>Trial Attorney, (DC Bar 978873)
>U.S. Department of Justice
>Environment & Natural Resources Division
>Wildlife & Marine Resources Section
>P.O. Box 7611, Ben Franklin Station
>Washington, D.C. 20044
>Tel | (202) 307-1147; Fax | (202) 305-0275
>E-mail: Anthony.D.Ortiz@usdoj.gov