TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
NICOLE M. SMITH, Assistant Section Chief
ANTHONY D. ORTIZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 307-1147; Fax | (202) 305-0275
E-mail: Anthony.D.Ortiz@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WESTERN WATERSHEDS PROJECT; and PAT MUNDAY,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEBRA A. HAALAND, in her official capacity as Secretary, U.S. Department of the Interior; MARTHA WILLIAMS, in her official capacity as Director, U.S. Fish and Wildlife Service; and the U.S. FISH AND WILDLIFE SERVICE,<br><br>      Federal Defendants. | Case No. 2:23-cv-00002-BMM<br><br>**FEDERAL DEFENDANTS' RESPONSE TO MOTION TO INTERVENE** |

Federal Defendants Debra A. Haaland, Martha Williams, and the United States Fish and Wildlife Service, pursuant to Local Rule of Civil Procedure 7-1(e), hereby submit their response to the Motion to Intervene as a Defendant by the State of Montana and Montana Department of Fish, Wildlife and Parks (collectively "Intervenor-Applicants"), ECF No. 10.  Based on previous coordination with the parties, Intervenor-Applicants noted that Federal Defendants objected to the motion pursuant to Fed. R. Civ. P. 24(a) but took no position on the motion pursuant to Fed. R. Civ. P. 24(b).  *See* Intervenor-Applicants' Mot. to Intervene ¶ 6.  After reviewing Intervenor-Applicants' moving papers, ECF Nos. 10 and 11, Federal Defendants now take no position on Intervenor-Applicants' motion to intervene pursuant to Fed. R. Civ. P. 24(a) or Fed. R. Civ. P. 24(b).

Date:  September 14, 2023

`
                                TODD KIM
                                Assistant Attorney General
                                S. JAY GOVINDAN, Section Chief
                                NICOLE M. SMITH, Assistant Section Chief

                                */s/ Anthony D. Ortiz*
                                ANTHONY D. ORTIZ
                                Trial Attorney, (DC Bar 978873)
                                U.S. Department of Justice
                                Environment & Natural Resources Division
                                Wildlife & Marine Resources Section
                                P.O. Box 7611, Ben Franklin Station
                                Washington, D.C. 20044
                                Tel | (202) 307-1147; Fax | (202) 305-0275
                                E-mail: Anthony.D.Ortiz@usdoj.gov

*Center for Biological Diversity, et al., v. Haaland, et al.*, 2:23-cv-00002-BMM   2
Fed. Defs.' Response to Mot. to Intervene,