IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WESTERN WATERSHEDS PROJECT; and PAT MUNDAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEBRA A. HAALAND, in her official capacity as Secretary, U.S. Department of the Interior; MARTHA WILLIAMS, in her official capacity as Director, U.S. Fish and Wildlife Service; and the U.S. FISH AND WILDLIFE SERVICE,<br><br>    Defendants,<br>and<br><br>STATE OF MONTANA and MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS,<br><br>    Intervenor-Defendants. | **CV-23-02-BU-BMM**<br><br>O<small>RDER</small> |

The State of Montana and Montana Department of Fish, Wildlife and Parks (together, "MFWP") have moved to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a), or in the alternative, permissively under Fed. R. Civ. P.

1

24(b). (Doc. 10.) Federal Defendants Debra A. Haaland, Martha Williams, and the United States Fish and Wildlife Service take no position on MFWP's motion. (Doc. 12.) For good cause showing,

    **IT IS ORDERED** MFWP's Motion to Intervene (Doc. 10) is **GRANTED**.

The caption is modified as reflected above. The Clerk of this Court is directed to file the lodged Answer of Intervenor Defendant. (Doc. 10.)

    DATED this 26th day of September 2023.

_____
Brian Morris, Chief District Judge
United States District Court