IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN RE:  REASSIGMENT OF BUTTE CIVIL CASES | ORDER |

**IT IS HEREBY ORDERED** that the following cases are **REASSIGNED** to the Honorable Dana L. Christensen for all further proceedings.

| | |
|---|---|
| 2:22-cv-00026-BMM | Estate of Daniel Keith Ross v. Gallatin County |
| 2:22-cv-00084-BMM | Inman v. Depuy Synthes et al |
| 2:23-cv-00002-BMM | Center for Biological Diversity et al v. Haaland et al |
| 2:23-cv-00013-BMM | Chaykin v. Montana CVS Pharmacy, LLC et al |
| 2:23-cv-00015-BMM | Hughes v. Ridley USA |
| 2:23-cv-00022-BMM | Dalby v. Universal Protection Service, LP |
| 2:23-cv-00037-BMM | Magee v. FedEx Freight |
| 2:23-cv-00038-BMM | Merenz v. GEICO General Insurance Company et al |
| 2:23-cv-00041-BMM | Nell v. Auto Owners Insurance Company |
| 2:23-cv-00047-BMM | Scheetz v. State Farm Fire and Casualty Company et al |
| 2:23-cv-00058-BMM | Satterwhite v. Sedgwick Claims Management Services, Inc. et al |
| 2:23-cv-00067-BMM | Lazy J Ranches Limited Partnership v. U.S. Forest Service |
| 2:23-cv-00069-BMM | Wheeler v. Polymer80 |
| 2:23-cv-00073-BMM | Arnone v. Big Sky CannEx |
| 2:23-cv-00075-BMM | Short v. Progressive Northwestern Insurance Company |
| 2:23-cv-00082-BMM | Baker et al v. City of Bozeman et al |
| 2:23-cv-00086-BMM | Incline Ranch, LLC v. USA |
| 2:23-cv-00090-BMM | Gaughan v. Sunbeam Products, Inc. et al |
| 2:24-cv-00001-BMM | Murack v. Farmers Alliance Mutual Insurance Company |

**IT IS FURTHER ORDERED** that the following cases are **REASSIGNED** to the Honorable Donald W. Molloy for all further proceedings.

```
2:24-cv-00002-BMM   Hanover Insurance Co. v. Bozeman Real Estate Group
2:24-cv-00004-BMM   Yelenich v. Mission Senior Living, LLC et al
2:24-cv-00006-BMM   Oak Place Northeast Bozeman, LLC v. Conti Bozeman, LLC
2:24-cv-00010-BMM   Joe Hand Promotions, Inc. v. Mountain High Holdings, LLC
```

The clerk shall file a copy of this Order in each of the above referenced cases and provide a copy to Judge Christensen and Judge Molloy.

DATED this 20th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court