TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
NICOLE M. SMITH, Assistant Section Chief
ANTHONY D. ORTIZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 307-1147; Fax | (202) 305-0275
E-mail: Anthony.D.Ortiz@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA A. HAALAND, et al., <br><br> Federal Defendants, <br><br> and <br><br> STATE OF MONTANA AND MONTANA DEPARTMENT OF FISH, WILDLIFE, AND PARKS, <br><br> Intervenor-Defendants. | Case No. 2:23-cv-00002-DLC <br><br> **FEDERAL DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 56, Federal Defendants Debra A. Haaland, Martha Williams, and the United States Fish and Wildlife Service (collectively "Federal Defendants"), hereby cross-move for summary judgment on all claims in Plaintiffs' Complaint (ECF. No. 1). For the reasons set forth in the accompanying brief, Federal Defendants oppose Plaintiffs' Motion for Summary Judgment (ECF No. 29), and respectfully request that the Court grant summary judgment in favor of Federal Defendants.

Date:  March 12, 2024            Respectfully Submitted,

TODD KIM
Assistant Attorney General
S. JAY GOVINDAN, Section Chief
NICOLE M. SMITH, Assistant Section Chief

*/s/ Anthony D. Ortiz*
ANTHONY D. ORTIZ
Trial Attorney, (DC Bar 978873)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 307-1147; Fax | (202) 305-0275
E-mail: Anthony.D.Ortiz@usdoj.gov