IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>DEBRA A. HAALAND, *et al.*, <br><br>Defendants, <br><br>STATE OF MONTANA, *et al.*, <br><br>Defendant-Intervenors. | CV 23–2–BU–DLC <br><br><br>ORDER |

Upon consideration of the plaintiffs' unopposed motion to extend the remaining dates of the case-management schedule, (Doc. 37), and for good cause shown, the Court hereby grants the motion and establishes the following deadlines for the parties' briefs in this case:

*May 14, 2024:*    Deadline for plaintiffs' combined opposition to defendants' cross-motions for summary judgment and reply in support of plaintiffs' motion for summary judgment.

*July 2, 2024:*    Deadline for defendants' replies in support of cross-motions for summary judgment.

1

DATED this 15th day of March, 2024.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court