IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHED PROJECT, and PAT MUNDAY, <br><br> Plaintiffs, <br><br> vs. <br><br> DEBRA A. HAALAND, Secretary of the U.S. Department of the Interior; MARTHA WILLIAMS, Director of the U.S. Fish and Wildlife Service; and the U.S. FISH AND WILDLIFE SERVICE, <br><br> Defendants, <br> and <br><br> STATE OF MONTANA and MONTANA DEPARTMENT OF FISH, WILDLIFE, AND PARKS, <br><br> Defendant-Intervenors. | CV 23–02–BU–DLC <br><br><br> ORDER |

Federal Defendants request that the Court continue the summary judgment hearing currently scheduled for July 12, 2024, until between August 19, 2024, to August 23, 2024.  (Doc. 41 at 2.)  Alternatively, Federal Defendants request leave for counsel to appear remotely at the July 12, 2024 hearing.  (*Id.*)  Neither Plaintiffs nor Intervenor-Defendants oppose either request.  (*Id.* at 2–3.)  The Court's calendar cannot accommodate the requested continuance.

Accordingly, IT IS ORDERED that the motion (Doc. 41) is DENIED with

respect to the requested continuance and GRANTED with respect to Federal

Defendants' request for counsel to appear remotely.

IT IS FURTHER ORDERED that only counsel for Federal Defendants may

appear remotely at the hearing on July 12, 2024.  The Clerk of Court will notify

counsel for Federal Defendants via e-mail of the meeting ID and password.  Zoom

Guidance and Setup are available at https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 1st day of July, 2024.

Dana L. Christensen, District Judge
United States District Court