IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHED PROJECT, and PAT MUNDAY,<br><br>Plaintiffs,<br><br>vs.<br><br>DEBRA A. HAALAND, Secretary of the U.S. Department of the Interior; MARTHA WILLIAMS, Director of the U.S. Fish and Wildlife Service; and the U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants,<br>and<br><br>STATE OF MONTANA and MONTANA DEPARTMENT OF FISH, WILDLIFE, AND PARKS,<br><br>Defendant-Intervenors. | CV 23–02–BU–DLC<br><br>ORDER |

Upon consideration of Plaintiffs' unopposed motion to appear remotely at the July 12, 2024, summary-judgment hearing in this case, (Doc. 45), and for good cause shown, the Court hereby grants the motion.

Accordingly, IT IS ORDERED that Plaintiffs' counsel may appear remotely at the July 12, 2024, summary judgment hearing. The Clerk of Court will notify Plaintiffs' counsel via e-mail of the meeting ID and password. Zoom Guidance and Setup are available at https://www.mtd.uscourts.gov/zoomhearings.

1

DATED this 2nd day of July, 2024.

                                                                                                                                          /s/ Dana L. Christensen  
                                                                                                                                          Dana L. Christensen, District Judge  
                                                                                                                                         United States District Court