UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHED PROJECT, and PAT MUNDAY,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DEBRA A. HAALAND, Secretary Of The U.S. Department of the Interior; MARTHA WILLIAMS, Director of the U.S. Fish and Wildlife Service; and the U.S. FISH AND WILDLIFE SERVICE,<br><br>    Defendants,<br><br>  and<br><br>STATE OF MONTANA and MONTANA DEPARTMENT OF FISH, WILDLIFE, and PARKS,<br><br>    Defendant-Intervenors. | Case No. CV-23-002-BU-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial,

hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Order dated August 6, 2024, Doc. 52.

Dated this 6th day of August, 2024.

TYLER P. GILMAN, CLERK

By: /s/ Sarah Nagy
Sarah Nagy, Deputy Clerk