| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | FEB 11 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

CENTER FOR BIOLOGICAL DIVERSITY; et al.,

    Plaintiffs - Appellants,

v.

DEB HAALAND; et al.,

    Defendants - Appellees.

No. 24-6406

D.C. No. 2:23-cv-00002-DLC
District of Montana, Butte

Appellant's unopposed motion to dismiss this appeal (Docket Entry No. 13) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court for.

FOR THE COURT:

By: Robert Kaiser
Circuit Mediator